ALBERTA P. STAHL, TRUSTEE  
221 N. Figueroa Street, Suite 1200  
Los Angeles, CA  90012  
Email:      trusteestahl@earthlink.net  
Telephone: (213) 580-7977  
Facsimile:  (213) 482-1647  

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:11-14989-TD |
|---|---|
| TALBERT JR., ALLAN STUART | 11149892 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Daniel S March  
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 19, 2011** at **1:30 p.m.** at 725 S.FIGUEROA STREET, ROOM 101, LOS ANGELES, CA 90012, for the reason set forth below:

    You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated: March 17, 2011

/s/ Alberta P. Stahl  
ALBERTA P. STAHL  
Chapter 7 Trustee

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on March 17, 2011.

/s/ Craig Aron  
Craig Aron