| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| ALBERTA P. STAHL, (State Bar No. )<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA  90012<br>Telephone: (213) 580-7977<br>Telecopier: (213) 482-1647 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
  ALLAN STUART TALBERT JR.

CHAPTER 7

Debtor(s).

CASE NO.: 2:11-14989-TD

(No Hearing Required)

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof.  I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

☐ **DEBTOR:**   ALLAN STUART TALBERT JR.

☐ **JOINT DEBTOR:**

Dated: _____

ALBERTA P. STAHL                                    /s/ Alberta P. Stahl
*Type Name of Trustee*                              *Signature of Trustee*